1  PHILLIP A. TALBERT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

**FILED**

Sep 08, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF:<br><br>ALL FUNDS MAINTAINED AT UNIWYO FEDERAL CREDIT UNION ACCOUNT NUMBER 61324, HELD IN THE NAME OF CAMEO HOLDINGS, INC.,<br><br>2015 MERCEDES-BENZ, ML350, VIN: 4JGDA5HB9FA479275,<br><br>ALL FUNDS MAINTAINED AT HIGH DESERT BANK ACCOUNT NUMBER 4042002826, HELD IN THE NAME OF PACIFIC RIDGE MANAGEMENT GROUP, INC.,<br><br>2016 FORD, F150 SUPER CAB PICKUP, VIN: 1FTFX1EGXGKG04896, AND<br><br>2017 FORD, F250 SUPER DUTY PICKUP, VIN: 1FT7X2BT6HEB22700,<br><br>            Defendants. | CASE NUMBER:<br>2:17-SW-0966-EFB<br>2:17-SW-0967-EFB<br>2:17-SW-0968-EFB<br>2:17-SW-0969-EFB<br>2:17-SW-0970-EFB<br><br>ORDER RE: REQUEST TO UNSEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the seizure warrants and seizure warrant affidavits in the above captioned proceedings be and are hereby unsealed.

Date:  September 8, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

Order Re: Request to Unseal Documents